UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL C. HOWARD,

    Plaintiff,

   v.

OFFICER J. JONES, et al.,

    Defendants.

CASE NO. C05-2101-JCC

ORDER

  The Court, having reviewed the Plaintiff's Complaint, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

  (1) The Court adopts the Report and Recommendation;

  (2) The matter is **DISMISSED** without prejudice pursuant to Local Rule CR41(b)(2) for failure to prosecute;

  (3) The Clerk is directed to send a copy of this Order to Plaintiff, counsel for defendants, and the Hon. Monica J. Benton.

  DATED this 11th day of June, 2007.

John C. Coughenour
United States District Judge